UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT NICHOLAS DILL, SR.,
and CATRINA A. ZAMBRANO-DILL,

    Plaintiffs,

v.       CASE NO: 8:05-cv-1234-T-23TBM

FORD MOTOR COMPANY,
and BILL CURIE FORD, INC.,

    Defendants.
_____/

## ORDER

The plaintiffs move (Doc. 6) to amend the complaint and state that neither defendant opposes the motion.  Accordingly, the plaintiffs' motion to amend is **GRANTED**, and Bill Curie Ford, Inc.'s, motion (Doc. 4) to dismiss the complaint and strike the class is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on July 13, 2005.

                                                STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
       Courtroom Deputy